SCANNED at WVCF and Emailed on
8-25-20 by [initials] - 33 pages.
(date)   (initials)   (num)

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Terre Haute**

(Full name of plaintiff(s))

Joe Howard McClain

**FILED**

3:36 pm, Aug 26, 2020

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

Case Number:

2:20-cv-430-JPH-MJD

(Full name of defendant(s))

Melodee Sue Dickerson
Judy Pyne Det.
Alexander, Dennis,
Edward Beck,

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Indiana**, and is located at
   (State)

   **Ind. Dept. of corr., W-U.C.F., P.O. Box 1111, Carlisle, IN. 47838-1111**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Judy Pyne**
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of <u>State Ind. Police Dept.</u>
(State, if known)

and (if a person) resides at <u>N/A</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Indiana Dept of Police Dept. of Indiana</u>   N/A
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

<u>Det. Pyne, Judy. that after my arrest on June 30, 1977, Det. Judy Pyne arrested me without an affidavit for Probable cause. I was in jail for (8) days from June 30, 1977 until July 7, 1977, when Probable cause was filed! Allen county Jail and Herman F. Busse., after the municipal court had dismissed the original charges against me, I was acquitted on all rape charges against me! I was violated the fifth Amendment Prohibition against double Jeopardy. (Supp. Rec. 12, 17.) the Respondents were aware of this petition. Report of Proceedings, 15.) Mr. McClain had been in</u>

jail without counsel for 60 days. Det. Payne violated Petitioner when the Police arrested Petitioner on June 30 without Probable cause of July 7, 1977. The Court continued the cause to September 12. (Report of Proceedings, 16.) On that date, some ten weeks after his arrest, Mr. McClain was arraigned and for the first time heard the formal charges brought against him. The Allen Municipal court to dismissed the preliminary information. The Municipal court complied with the request. Rec. 82-1409, at 16, Exhibit 1.) Mr. McClain, though still incarcerated, was thus Prevented from appearing in court that day. Petitioner did inform this court that he alleged that he was acquitted on this charge after June 30, 1977 & complained of the warrantless arrest on June 30, 1977, and the illegal detention from 30, 1977, to July 7, 1977 (Report of Proceedings, 5(1, 2); the illegal search for Gonorrhea (id., 12 4a.) and the dismissal of the charges on July 8, 1977. (id., 13). There is no record of the court having addressed Mr. McClain's second motion dismissed Mr. McClain's second motion to dismiss.

Plaintiff's Page (3A) continues.

In this Pro SE writ of habeas corpus filed in the Allen Circuit Court, Mr. McClain alleged that his arrest was without probable cause (Report of Proceedings. 55-56, 2; see Exhibit 4.) that he had subjected to an illegal search (id., 2); that he had not been indicted or formally charged within seven days of his arrest as required by Indiana law (id., ¶2); that his court-appointed counsel was incompetent to represent him (id., 3A, b); that he had not been allowed to confront his accusers (id., 3c); and that my incarceration for over eleven months without trial violated his constitutional due process right to a speedy trial (id., 4).

"Exhibit" B"   Brief 81-1409 APP 7th Circuit Court

In this petition, filed on August 27, 1987, Mr. McClain asserted that his trial, after the Municipal Court had dismissed the original charge against him, violated the fifth Amendment Prohibition against double jeopardy. (Supp. Rec., 12 7.) Respondent were aware of this petition. See page (12) underlined, and highlighted in Green.

this Exhibit answered question about this case being dismissed in 1927 on July 8, and I was continued to be incarcerated in Allen County Jail and Prevented from going to court.

Page (38).

"Exhibits" "5" Allen Superior Court CRM-10197.

7-1-77 Defendant in Person.

7-8-77 this cause is now by the court dismissed on motion of Defendant.
this cause is now by the Countinued to July 8, 1977 at 9:30 o'clock a.m. on States motion.

"Exhibit" "K" United States Department of Justice Federal Bureau of investigation id Division Washington D.C. 20537

fort wayne In. arrested Joe Howard McClain 67195 on 6-30-77 on a Prel. rape 3600 and was locked up on June 30, 1977 and tried in 1977 oct. 10, 77 not oct. 10, 1978. I keep telling you I was acquitted on all Rape charges on July 8, 1977. and I was still incarcerated in 1978. and I went to my second trial in 1978. I was never release from June 30, 1977. I was unlawfully held from June 30, 1977 to July 8, 1977 for (8) days without an affidavit of Probable cause and due Process of law and 4th Amendment and 14th Amend. it's all here in this Exhibits and Exhibits I have attached for clairfrication and Exhibit Exhibit K fbi was not told about this case being dismissed on July 8, 1977, and I was held in jail?

C.  JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.
        OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the court to terminate the charge that cause this and terminate the first charge! And Pay me for 44-years of incarceration within the state of Indiana having Knowledge of what they was doing they violated the federal and state constitutional laws and amendments they should be Punished too! and my immediately release.

E.   JURY DEMAND

☐   Jury Demand – I want a jury to hear my case
           OR

☒   Court Trial – I want a judge to hear my case

Dated this __18th__ day of __August__ 20__20__.

Respectfully Submitted,

_Joe Howard McClain_
Signature of Plaintiff

_14421_
Plaintiff's Prisoner ID Number

_Indiana Department of correction, Wabash Valley_
_Correctional facility, P.O. Box 1111, Carlisle, IN 47838-1111_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.