UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOE HOWARD MCCLAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00430-JPH-MJD ) |
| MELODEE SUE DICKERSON, JUDY PYNE Det., DENNIS ALEXANDER, EDWARD BECK, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER DIRECTING RETURN OF DOCUMENTS AND CLOSING CASE**

On August 26, 2020 Joe Howard McClain filed a complaint seeking this Court to "terminate" his charges and "pay [him] for 44-years of incarceration" because Defendants knew they had "violated federal and state constitutional law and amendments." Dkt. 1.

On April 10, 2012, the Seventh Circuit sanctioned Mr. McClain for his repeated frivolous filings. *See McClain v. Wilson*, No 12–1766 (7th Cir. Apr. 10, 2012). That order instructs that Mr. McClain "is barred from filing further civil suits in the courts of this circuit" until he has paid a $500 fine. *Id.* (citing *Support Systems International v. Mack*, 45 F.3d 185 (7th Cir. 1995)). Mr. McClain has not alleged that this fine has been paid or that this restriction has been lifted. This action was therefore improvidently opened in contravention of the filing restriction.

1

Accordingly, the clerk is **directed** send a copy all documents in this action to the petitioner as unfiled and void any file stamp from this Court on the documents.

The clerk is **directed** to close this action on the docket. No final judgment shall issue because no claims were adjudicated in this action.

**SO ORDERED.**

Date: 8/28/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOE HOWARD MCCLAIN
14421
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838