UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOE HOWARD MCCLAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00430-JPH-MJD ) |
| MELODEE SUE DICKERSON, JUDY PYNE Det., DENNIS ALEXANDER, EDWARD BECK, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER DIRECTING RETURN OF DOCUMENTS**

On August 28, 2020, the Court ordered the clerk to close this case and return all documents to Mr. McClain. Dkt. 3. Since then, Mr. McClain has filed two additional documents. *See* dkt. 4; dkt. 5. Because the previous order remains in place, the clerk is **directed** to return copies of the recently submitted documents to the petitioner as unfiled and void any file stamp from this Court on the documents.

**SO ORDERED.**

Date: 9/8/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

JOE HOWARD MCCLAIN
14421
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838